53 F.3d 343
NOTICE: Although citation of unpublished opinions remains unfavored, unpublished opinions may now be cited if the opinion has persuasive value on a material issue, and a copy is attached to the citing document or, if cited in oral argument, copies are furnished to the Court and all parties. See General Order of November 29, 1993, suspending 10th Cir. Rule 36.3 until December 31, 1995, or further order.
 UNITED STATES of America, Plaintiff,
v.
Royal N. HARDAGE; Advance Chemical Company; Allied-Signal,
Inc.; AT & T Technologies, Inc.; Ashland Oil, Inc.;
Atlantic Richfield Company; Borg-Warner Corporation; Cato
Oil & Grease Company; Dal-Worth Industries, Inc.;
Double-Eagle Refining Company; Exxon Corporation; The
Firestone Tire & Rubber Company; Foster Feed & Seed Co.;
Gencorp, Inc.; Bull HN Information Systems, Inc.; J.O.C.
Oil Exploration Company, Inc.; Kerr-McGee, Refining
Corporation; L & S Bearing Company; Magnetic Peripherals,
Inc.; Maremont Corporation; McDonnell-Douglas Corporation;
Mobil Chemical Corporation; Nalco Chemical Company;
Oklahoma National Stockyards Company; The Oklahoma
Publishing Company; Rockwell International Corporation;
Texaco, Inc.; Texas Instruments, Inc.; Uniroyal Inc.;
UOP, Inc.; Westinghouse Electric Corporation; Weyerhaeuser
Company; Powell Sanitation Service, Inc.; Samuel L.
Bishkin, individually, and doing business as Eltex Chemical
& Supply Company; United States Pollution Control, Inc., Defendants,
Hardage Steering Committee, Defendants-Third-Party
Plaintiffs-Appellees,
v.
ABCO, Inc.; Acme Fence & Iron Co.; Advance Packaging,
Inc.; Agnew Auto Parts Co.; Amedco Steel, Inc.; American
Trailers, Inc.; Anthes, Inc., doing business as Anthes
Hi-Reach; Arrow Tank Trucks, Inc.; Arthur G. McKee &
Company; B & J Tank Truck Service, Inc.; B.W. Solutions,
Inc.; Bacon Transport Company, Inc.; Beauty Craft
Vanities; Blackwell Industrial Authority; Paul Boone,
individually, and formerly doing business as Lawton Plating
Co.; Broadway Machine & Motor Supply, Inc.; The Bucket
Shop; C & H Services, Inc.; CMI Corporation; Central
Oklahoma Equipment Corporation; Cimarron Aircraft
Corporation; Cimarron Manufacturing Company; Cliftco Inc.;
Cook Paint & Varnish Company; Consolidated Cleaning
Service Co; Country Home Meat Company; Day International
Corporation; Del Paint Corporation, doing business as Del
Paint Manufacturing; Diffee Motor Company; D-Mac Leasing,
Inc.; Drillers Engine & Supply, Inc.; Dura-Chrome
Industries, Inc.; Eureka Tool Company; Ferris Resources,
Inc.; Fruehauf Corporation, doing business as Hobbs
Trailer; Hobbs Trailer; Vernon Garney, individually, and
doing business as Auto Saver; Glidden Coating & Resins,
Division of SCM Corporation; Groendyke Transport, Inc.;
Hamm & Phillips Service Company; Industrial Fabricating
Co.; Jackie Cooper Olds-GMC Inc.; James Bute Company;
Mrs. William Jenkins, individually, and doing business as
Foster Septic Tank Cleaning; J.F. Smith & Sons, Inc.;
Kelsey-Hayes Corporation, also known as Kelsey Axle & Brakes
Co.; Laidlaw Waste Systems, Inc.; Bill Lance, an
individual; Larry Goad & Company; Lassiter Enterprises,
Inc.; Master Motor Rebuilders, Inc.; Materials Recovery
Enterprises, Inc.; McAlester Public Schools; Bob McBroom,
individually, and doing business as American Furniture
Stripping; Ray McGee, individually, and doing business as
Quality Drum Service; George McKiddie, individually, and
doing business as Capitol Grease Company; Grease Company;
Medley Material Handling, Inc.; Metroplex Sanitation, Inc.;
Mistletoe Express Service; Morris Fixture Company; Napko
Corporation; Newman Bros. Trucking Company; Noble Chemical
Corporation; The City of Norman, Oklahoma; Northrop
Worldwide Aircraft Service, Inc.; Oklahoma Tank Service;
Oklahoma Transportation Company; Page Industries, Inc.;
Powell Electrical Manufacturing Company; George Powell,
individually, and doing business as Powell Service Company;
Premier Industrial Corp., doing business as Kent Industries;
RWR Steel Company; Rabar Enterprises, Inc.; Ram
Transports, Inc.; Reliance Universal, Inc.; S & S Plating
Company; Sermatech International Inc.; Solvent
Manufacturing Company, Inc.; Sooner Oil Patch Services,
Inc.; Spector Red Ball, Inc.; Steelcraft, Inc.; Sublett &
Associates, Inc.; Sunwest Industries of Oklahoma, Inc.;
Raymond Switzer, individually, and doing business as Switzer
& Gypsum Lime Company; T.I.P., Inc.; Thermo King Sales &
Service of Oklahoma, Inc.; Triangle Engineering Company;
Trigg Drilling Company, Inc.; United Plating Works, Inc.;
Victor Equipment Co.; Waste Service, Inc.; Welch
Enterprises, Inc.; Jim Wesley, individually, and doing
business as Jim's Septic Tank; Western Commercial
Transport, Inc.; Western Uniform & Towel Service, Inc.;
Westran Corporation; Witco, Inc.; XAL Corporation; Thomas
Engel; A-Better Sanitation Service, Inc. Unit Parts;
Reagent Chemical & Research, Inc.; Sun Exploration & Prod.
Co.; Cameron Iron Works; J.C. Penney Co., Inc.; Rohm &
Haas Seeds, Inc.; Phillips Petroleum Co.; South Prairie
Construction Co.; The Atchison, Topeka & Santa Fe Railway
Co.; Nordam Corp.; National Can Corp.; Land & Marine
Rental Co., formerly known as Tesoro Land & Marine Rental
Co.; The Goodyear Tire & Rubber Co.; Crowl Machine & Heat
Treating Co.; Crane Carrier Co.; Corning Glass Works;
Delta Faucet Co.; Occidental Chemical Corp.; John Zink
Co.; General Motors Corp.; Dura-Chrome Industries, Inc.;
The Dow Chemical Co., also known as Dow Industrial Service
of the Dow Chemical Company & Brazos Oil & Gas Division of
Dow Chemical Co.; IUTS Liquidating Corp., formerly known as
Industrial Uniform & Toswell Supply, Inc.; Clyde's
Carburetor Service, Inc.; Amoco Production Co., formerly
known as Pan American Petroleum; Dover Resources, Inc.;
Hudiburg Chevrolet, Inc.; AMF Tuboscope; Container Corp.
of America; Eason Oil Co.; Fox-Smythe Transportation Co.;
International Crystal Mfg. Co.; Kobe, Inc.; Nelson
Electric Power Services, Inc.; Newspaper Printing Corp.;
Ryder Truck Rental, Inc.; Southwest Electric Co.; Star
Mfg. Co. of Oklahoma; Corken International Corp., formerly
known as Corken Pump Co.; Glow-Lite Corp. (Artra); General
Electric Co.; Ford Motor Co.; Conoco, Inc.; E.I. DuPont
de Nemours & Co.; Continental Oil Co.; Blackwell Zinc Co.,
Inc. (Amax); Day International Corp. (Electric Hose &
Rubber); Central Sales Promotion, Inc.; The Charles
Machine Works, Inc.; Sooner Ford Truck Sales, Inc.; W & W
Steel Co.; Chromalloy American Corp.; Brittain Brothers,
Inc.; Waste Management of Oklahoma, Inc.; Sermatech
International, Inc., formerly known as Sermatel, Inc.; ICO,
Inc., formerly known as Fodco, Inc.; Sucker Rod Service &
/or Rodcore, Inc.; Homco International, Inc., doing
business as A-1 Bit & Tool; Tom Brown's Optical Service,
Inc., Third-Party-Defendants,
and
Jones-Blair Company; The O'Brien Corporation,
Third-Party-Defendants-Appellants.
 No. 94-6036.
 United States Court of Appeals, Tenth Circuit.
 May 5, 1995.
 
 ORDER AND JUDGMENT[1]
 Before MOORE, BRIGHT,[2] and BALDOCK, Circuit Judges.
 
 
 1
 Defendants Jones-Blair Company and the O'Brien Corporation appeal the district court's order enforcing a settlement agreement following our remand in United States v. Hardage, 982 F.2d 1491 (10th Cir.1993). Additionally, Defendants appeal the district court's denial of its motion for recusal. We exercise jurisdiction pursuant to 28 U.S.C. 1291.
 
 
 2
 The parties are familiar with the facts. We review the district court's conclusions of law de novo, Eastern Investment Corp. v. United States, 49 F.3d 651, 653 (10th Cir.1995), and findings of fact for clear error. Ayala v. United States, 49 F.3d 607, 613 (10th Cir.1995). Additionally, we review the district court's denial of a motion to recuse for an abuse of discretion. Hinman v. Rogers, 831 F.2d 937, 938 (10th Cir.1987).
 
 
 3
 We have reviewed the briefs of the parties and the record on appeal. Based upon our review of the record and the applicable legal principles, we conclude the district court did not commit reversible error by: (1) concluding the parties entered into a settlement agreement, and (2) enforcing that settlement agreement. Additionally, we conclude the district court did not abuse its discretion in denying Defendant's motion to recuse.
 
 AFFIRMED.[3]
 
 
 [1]
 This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of the court's General Order filed November 29, 1993. 151 F.R.D. 470
 
 
 [2]
 The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation
 
 
 [3]
 Defendant's motion to strike Plaintiff's Fed.R.App.P. 28(j) submission is granted